IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



MARGARET CRITTENDON,

    Plaintiff

v.                                      CIVIL NO. 2:13-CV-567

ARAI AMERICAS, INC. ET AL,

    Defendants.

## ORDER

These matters come before the Court on three separate Motions to Dismiss for Failure to State a Claim. ECF Nos. 5, 8, 11. Arai Americas, Inc., Junichi Fukano, Deborah Ragsdale, Nicole Francis, and Adrian Speller ("Defendants") moved to dismiss, in three separate motions, numerous Counts as alleged by Margaret Crittendon ("Plaintiff"). In the course of filing documents supporting and opposing dismissal, the Plaintiff agreed to dismiss several Counts.

Per the Motions, Responses, and Agreements of the parties, the following Counts are **DISMISSED**: Count I (Title VII) as to all Defendants but Arai Americas, Inc.; Count II (Equal Pay Act) as to Deborah Ragsdale, Nicole Francis, and Junicho Fukano; and Count III (Family and Medical Leave Act or FMLA) as to Deborah Ragsdale and Nicole Francis.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

    IT IS SO ORDERED.

                                                /s/
                                        Robert G. Doumar
                                        Senior United States District Judge

                                        UNITED STATES DISTRICT JUDGE

Norfolk, VA
December 6, 2013